# DIGEST OF DECISIONS
OF
# SUPREME COURT AND COURT OF APPEALS,
## AUSTIN TERM, 1884.

### H. G. N. R. R. CO. v. GOLDSTEIN.

Appeal from Williamson county.

*Common Carrier—Regulation.*—A regulation by a railroad company requiring a passsenger to exhibit a ticket before boarding a train is a reasonable one, and not in conflict with the law of this state. When a passenger refuses to yield obedience to this regulation, the company has the right to exclude or eject him from its train, and to use such force as was reasonably necessary to accomplish that end. Reversed and remanded.

Opinion by Willson, J.